# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-cv-01927-WSD
### Brackett v. Mooney Construction, Inc.
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Chambers on 1/6/10.

TIME COURT COMMENCED: 12:00 P.M.
TIME COURT CONCLUDED: 1:23 P.M.
TIME IN COURT: 01:23
COURT REPORTER: Nick Marrone
DEPUTY CLERK: Jessica Birnbaum

ATTORNEY(S) PRESENT: C. Head representing Michael Brackett
Raymond Perez representing Mooney Construction, Inc.

PROCEEDING CATEGORY: In Chambers Discovery Hearing (Other Proceeding Non-evidentiary);

MINUTE TEXT: Discovery hearing held by the Court. The Court ordered Dft to produce certain documents and also set deadlines for the production of those documents. The Court ordered dates for the taking of individual depositions. The Court will make itself available to address any issues that may arise during the depositions.

HEARING STATUS: Hearing Concluded